C. F. PHILLIPS V. STATE.

No. 24425. June 15, 1948.
Appellant's Motion for Rehearing Denied (Without Written Opinion) January 18, 1950.

*Nat Gentry, Tyler,* for appellant.

*Ernest S. Goens,* State's Attorney, Austin, for the state.

DAVIDSON, Judge.

The conviction is for a violation of the Pure Food Law; the punishment assessed, a fine of $150.

The case of Neill v. State, No. 24,423, this day decided, (Page _____ of this volume) is, in all legal aspects, the same as that here presented.

The opinion in that case is here applicable, and reference is made thereto.

For the reasons there stated, the judgment of the trial court is affirmed.

Opinion approved by the court.